JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279 )
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorney for Korte Construction Company dba*
*The Korte Company*

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| KELLY MCKEAN, an individual,<br><br>     *Plaintiff*,<br><br>  vs.<br><br>KORTE CONSTRUCTION COMPANY dba THE KORTE COMPANY, a Missouri corporation,<br><br>     *Defendants*. | Case No. 2:26-cv-001107- CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Plaintiff KELLY MCKEAN and Defendants KORTE CONSTRUCTION COMPANY dba THE KORTE COMPANY, file this Stipulation and Order to extend the date for Defendants to answer or otherwise respond to Plaintiff's Complaint to May 26, 2026.

The parties have agreed to this extension to provide Defendants' counsel sufficient time to investigate Plaintiff's allegations and prepare a responsive pleading. The parties make this request in good faith and not for any purpose to delay these proceedings.

#12152246v1

Dated this 15th day of May, 2026.

/s/      John Orr                         /s/    Jeff Winchester
JOHN M. ORR, ESQ.                   JEFF WINCHESTER, ESQ.
Nevada Bar No. 14251                Nevada Bar No. 10279
**GREENBERG GROSS LLP, LTD.**       **O'HAGAN MEYER** PLLC
1980 Festival Plaza Drive           300 S. 4th Street, Suite 1250
Las Vegas, NV 89135                 Las Vegas, NV 89101

*Attorney for Plaintiff*            *Attorney for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   May 18, 2026

2

#12152246v1