JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
JOHN M. ORR, ESQ.
Nevada Bar No. 14251
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff Kelly McKean*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY McKEAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KORTE CONSTRUCTION COMPANY dba THE KORTE COMPANY, a Missouri corporation,<br><br>Defendant. | Case No.: 2:26-cv-01107-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE EARLY NEUTRAL EVALUATION**<br><br>(FIRST REQUEST) |

Pursuant to LR IA 6-1 and LR 16-6, Plaintiff Kelly McKean and Defendant Korte Construction Company dba The Korte Company (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court reschedule the Early Neutral Evaluation ("ENE"), currently scheduled for September 2, 2026, at 10:00 a.m. via Zoom video conference (ECF No. 9), to a date after September 2, 2026, that is convenient for the Court.

Good cause exists to reschedule the ENE for two reasons. First, counsel for Plaintiff is counsel of record for the plaintiff in *Edwards v. San Joaquin Valley College, Inc.*, Case No. 2:26-cv-00571-CDS-NJK (D. Nev.), in which the Court scheduled an in-person ENE for the same date and time, September 2, 2026, at 10:00 a.m. (*Edwards*, ECF No. 13). The ENE in *Edwards* was scheduled by order entered May 21, 2026, before this Court's May 27, 2026 order scheduling the ENE in this matter. Because the two ENE sessions directly conflict, counsel for Plaintiff cannot attend both. Second, the plaintiff in *Edwards* is unable to reschedule the ENE in that matter due to other commitments, so the conflict cannot be resolved by moving the *Edwards* session.

Counsel for the Parties have conferred and are available for a rescheduled ENE on a date after September 2, 2026, that is convenient for the Court, and will coordinate with chambers regarding the Court's availability. The Parties further stipulate that all deadlines set forth in the Court's Order Scheduling Early Neutral Evaluation (ECF No. 9), including submission of the Parties' confidential written evaluation statements, shall be adjusted to correspond to the rescheduled ENE date.

///

///

///

///

///

///

///

///

///

///

///

///

The Parties remain committed to attending and actively and fairly participating in the ENE and to exploring resolution of this matter. This stipulation is sought in good faith and not for the purpose of delay.

Dated this 30th day of July, 2026.

GREENBERG GROSS LLP
*/s/ John M. Orr*
JOHN M. ORR, ESQ.
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

O'HAGAN MEYER PLLC
*/s/ Jeff Winchester*
JEFF WINCHESTER, ESQ.
Nevada Bar No. 10279
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorney for Defendant*

**ORDER**

Based upon the stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that the Early Neutral Evaluation currently scheduled for September 2, 2026, at 10:00 a.m. is VACATED and RESET for December 16, 2026, at 10:00 AM via Zoom video conference. The Parties shall submit their confidential written evaluation statements and preferred e-mail addresses for the Zoom invitation to judicial clerk Kathryn Hayes at *kathryn_hayes@nvd.uscourts.gov* by 4:00 p.m. one week prior to the rescheduled ENE. All other requirements of the Court's Order Scheduling Early Neutral Evaluation (ECF No. 9) remain in effect.

IT IS SO ORDERED.

Dated: July 30, 2026

UNITED STATES MAGISTRATE JUDGE